JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SEBREN ABBALUM PIERCE, | Case No. 5:25-cv-03363-SVW-JDE |
| Petitioner, | |
| v. | JUDGMENT |
| EDWARD BORLA, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is dismissed without prejudice to Petitioner filing a new action if he obtains permission from the Ninth Circuit to file a second or successive petition.

Dated: January 8, 2026

_____
STEPHEN V. WILSON
United States District Judge